```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19912
   JOE L DENNIS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9634


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/26/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 06/11/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC         UNSECURED          1898.82           .00             .00
INTERNAL REVENUE SERVICE    PRIORITY            579.68           .00             .00
INTERNAL REVENUE SERVICE    UNSECURED          1585.22           .00             .00
CALVARY PORTFOLIO SERVIC    UNSECURED           575.89           .00             .00
NATIONWIDE ACCEPTANCE~      SECURED VEHIC      5000.00           .00          200.00
NATIONWIDE ACCEPTANCE~      UNSECURED          5802.64           .00             .00
INTERNAL REVENUE SERVICE    NOTICE ONLY       NOT FILED          .00             .00
ROBERT J ADAMS & ASSOC      PRIORITY          NOT FILED          .00             .00
CALUMET CITY                UNSECURED         NOT FILED          .00             .00
CERTEGY                     UNSECURED         NOT FILED          .00             .00
CITY OF CHICAGO PARKING     UNSECURED           760.00           .00             .00
CITY OF MARKHAM             UNSECURED         NOT FILED          .00             .00
COL/DEBT COLECTION SYSTE    UNSECURED         NOT FILED          .00             .00
COLLECTION COMPANY OF AM    UNSECURED         NOT FILED          .00             .00
COMMONWEALTH EDISON         UNSECURED           210.81           .00             .00
CREDIT PROTECTION           UNSECURED         NOT FILED          .00             .00
CREDIT UNION 1              UNSECURED         NOT FILED          .00             .00
CREDITORS DISCOUNT AND A    UNSECURED         NOT FILED          .00             .00
FINANCIAL MANAGEMENT SER    UNSECURED         NOT FILED          .00             .00
DIVERSIFIED CREDIT SERVI    UNSECURED         NOT FILED          .00             .00
ICS INC                     UNSECURED         NOT FILED          .00             .00
ILLINOIS DEPT OF PUBLIC     NOTICE ONLY       NOT FILED          .00             .00
ILLINOIS STATE TOLL HIGH    UNSECURED         NOT FILED          .00             .00
IL STATE DISBURSEMENT UN    NOTICE ONLY       NOT FILED          .00             .00
KS COUNSELORS               UNSECURED         NOT FILED          .00             .00
MEDICAL BUSINESS BUREAU     UNSECURED         NOT FILED          .00             .00
MEDICAL COLLECTIONS SYS     UNSECURED         NOT FILED          .00             .00
MEDICAL COLLECTIONS SYS     UNSECURED         NOT FILED          .00             .00
MERCURY FINANCE             UNSECURED         NOT FILED          .00             .00
MUTUAL HOSPITAL SERV        UNSECURED         NOT FILED          .00             .00
MUTUAL HOSPITAL SERV        UNSECURED         NOT FILED          .00             .00
NCO FIN/22                  UNSECURED         NOT FILED          .00             .00
NICOR GAS                   UNSECURED           373.71           .00             .00
PEOPLES GAS LIGHT & COKE    NOTICE ONLY       NOT FILED          .00             .00
PERIMETER CREDIT            UNSECURED         NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19912 JOE L DENNIS
```

```
RECEIVABLE MANAGEMENT IN UNSECURED        1500.00              .00           .00
SANFORD KAHN               UNSECURED     NOT FILED             .00           .00
SECRETARY OF STATE         NOTICE ONLY   NOT FILED             .00           .00
STATE COLLECTION SERVICE   UNSECURED     NOT FILED             .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS    9769.82              .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS   13958.47              .00           .00
B-REAL LLC                 UNSECURED         22.00             .00           .00
B-REAL LLC                 UNSECURED        193.00             .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY       1407.92              .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED       288.64              .00           .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT   306.33              .00        306.33
ROBERT J ADAMS & ASSOC     DEBTOR ATTY    2,500.00                        183.66
TOM VAUGHN                 TRUSTEE                                         60.01
DEBTOR REFUND              REFUND                                            .00
```

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   750.00

PRIORITY                                       306.33
SECURED                                        200.00
UNSECURED                                         .00
ADMINISTRATIVE                                 183.66
TRUSTEE COMPENSATION                            60.01
DEBTOR REFUND                                     .00
                       ---------------     ---------------
TOTALS                    750.00                750.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 09/08/08             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE